**From:** Michael Walsh <mwalsh@frontlineed.com>
**Sent:** Wednesday, April 23, 2025 3:19 PM
**To:** Leigh Slayne
**Subject:** RE: Violation Of Your Frontline Non-Compete

Leigh, thank you for your time earlier this afternoon, I am glad we had a productive call. This will serve to confirm that UKG is pulling Jorge off the Garland ERP RFP and that he will have no further involvement in that RFP process. As we also discussed, Frontline is very concerned that Jorge has already shared Frontline confidential and proprietary information, and I know you will be looking into that further. I also look forward to our further discussing the scope of Jorge's non-solicit and non-compete obligations. Best,

Mike

**From:** Leigh Slayne <leigh.slayne@ukg.com>
**Sent:** Tuesday, April 22, 2025 10:28 AM
**To:** Michael Walsh <mwalsh@frontlineed.com>
**Subject:** Re: Violation Of Your Frontline Non-Compete

Hi Mike,
I will plan to give you a call at 2:30.
Thanks
Leigh

**From:** Michael Walsh <mwalsh@frontlineed.com>
**Sent:** Monday, April 21, 2025 10:17:00 AM
**To:** Leigh Slayne <leigh.slayne@ukg.com>
**Subject:** RE: Violation Of Your Frontline Non-Compete

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If unsure, use the "Report Phishing" button for content to be analyzed by UKG Security.

Thanks for reaching out Leigh, all of those times work for me. Best,

Mike

**From:** Leigh Slayne <leigh.slayne@ukg.com>
**Sent:** Monday, April 21, 2025 10:07 AM
**To:** Michael Walsh <mwalsh@frontlineed.com>
**Subject:** Re: Violation Of Your Frontline Non-Compete

Hi Mike,

EXHIBIT 4

As you know, I am not in the office today but wanted to confirm a time for us to speak tomorrow. I am available 12-1, 1:30, or 2:30. Let me know if any of those times work for you.

Thanks,
Leigh

**From:** Michael Walsh <mwalsh@frontlineed.com>
**Sent:** Friday, April 18, 2025 1:54:45 PM
**To:** Leigh Slayne <leigh.slayne@ukg.com>
**Subject:** Re: Violation Of Your Frontline Non-Compete

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If unsure, use the "Report Phishing" button for content to be analyzed by UKG Security.

Hi Leigh, you can reach me at 610 223 4289. I'm free the remainder of the afternoon. Thanks,
Mike

Get Outlook for iOS

**From:** Leigh Slayne <leigh.slayne@ukg.com>
**Sent:** Friday, April 18, 2025 1:51:56 PM
**To:** Michael Walsh <mwalsh@frontlineed.com>
**Subject:** RE: Violation Of Your Frontline Non-Compete

Hi Mike,

Liz McCarron asked me to reach out to discuss this matter. Are you free for a call this afternoon and, if so, what is the best number to reach you?

Thanks,
Leigh

**Leigh Slayne | VP, Assistant General Counsel | UKG**
T: +1 781 559 1056
900 Chelmsford St., Lowell, MA 01851
UKG.com | **Our purpose is people.**

Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally privileged and/or confidential information. If you have received this message in error, please notify the sender of the error and delete the message.

**From:** Michael Walsh <mwalsh@frontlineed.com>
**Date:** Thursday, April 17, 2025 at 8:21 PM
**To:** Elizabeth McCarron <elizabeth.mccarron@ukg.com>
**Cc:** Pamela Romanowski <promanowski@frontlineed.com>, Sharon Keane <sharon.keane@ukg.com>
**Subject:** FW: Violation Of Your Frontline Non-Compete

EXHIBIT 4

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If unsure, use the "Report Phishing" button for content to be analyzed by UKG Security.

Good evening Ms. McCarron-

I am not sure if this is the correct email address for you but I thought I'd give it a try (UKG is a vendor of Frontline's, so I am copying our account representative on this email as well so that this note definitely gets routed to you). My name is Mike Walsh, I am VP and Deputy General Counsel for Frontline Education. A former Frontline sales representative, Jorge Rodriquez, is now employed by UKG, and is engaged in conduct on behalf of UKG that is in violation of the non-compete and confidentiality obligations he owes to Frontline. Below is the email I sent to Jorge a short while ago setting forth his illegal and improper conduct.

It is imperative that I speak with you or a member of your department immediately about the situation. As I mentioned in my email to Jorge, his actions have put UKG's status as a vendor to Frontline in serious jeopardy.

I hope to hear from you.

Mike Walsh

**From:** Michael Walsh
**Sent:** Thursday, April 17, 2025 8:05 PM
**To:** 'jerodrig7@gmail.com' <jerodrig7@gmail.com>
**Cc:** Pamela Romanowski <promanowski@frontlineed.com>
**Subject:** Violation Of Your Frontline Non-Compete

Jorge-

I was advised by the Frontline business team that you attended the Garland ISD bid call today on behalf of UKG, which is competing with Frontline for the Garland ERP business. Your participation in this transaction on behalf of UKG is a blatant violation of your non-competition obligation owed to Frontline, which is contained in the Proprietary Rights and Restrictive Covenant Agreement ("Agreement") you signed when you joined Frontline, a copy of which is attached. Indeed, your conduct is one of the most egregious violations of a non-compete I have seen in my 32 year career. Moreover, I am extremely concerned, and with good reason, that you are divulging confidential and proprietary Frontline information to your colleagues at UKG in order to win the Garland ERP business. You know every last detail of Frontline's ERP offering, particularly given your involvement in the sale of the Ft. Worth ERP deal last year.

Your actions not only violate your Agreement but you have also jeopardized UKG's status as a vendor of Frontline's. To that end, I am alerting UKG's relationship partner with Frontline that your conduct has put the relationship in serious jeopardy.

I need to speak with UKG's Chief Legal Officer Liz McCarron about this situation immediately. If I do not hear from her by noon EST tomorrow, I will have outside counsel file a lawsuit against you for your violations of the Agreement.

I know you very well and respected you. To say that I am massively disappointed in you is an understatement.

Mike

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are

intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

4

EXHIBIT 4